UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Criminal No. 06-10319-JLT |
| | * | |
| DAMIAN BUSH, | * | |
| | * | |
| Defendant/Petitioner. | * | |

ORDER

April 9, 2009

TAURO, J.

This court ACCEPTS and ADOPTS the February 26, 2009 Report and Recommendation [#57] of Magistrate Judge Collings. For the reasons set forth in the Report and Recommendation, this court hereby orders that:

1. Defendant/Petitioner's Motion to Vacate [#48] is DENIED.

IT IS SO ORDERED.

                                                                             /s/ Joseph L. Tauro
                                                                  United States District Judge